# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SHAEFER, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00444-SKO PC<br><br>ORDER REQUIRING KELLY HARRINGTON TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM<br><br>(Doc. 19)<br><br>TWENTY-DAY DEADLINE |

Plaintiff Kevin Darnell Bryant, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 17, 2011. The United States Marshal was directed to initiate service of Plaintiff's amended complaint on October 16, 2012. Defendant Kelly Harrington waived service of the summons and amended complaint, but he failed to file a timely response or request for an extension of time to respond. Fed. R. Civ. P. 4(d), 12(a), 6(d). (Doc. 19.)

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20) days** from the date of service of this order, Defendant Harrington shall show cause why default should not be entered against him;

2. To facilitate his ability to comply with this order, Defendant Harrington's obligation to respond to the amended complaint is extended twenty (20) days from the date of service of this order; and

///

///

1

3. The Clerk's Office shall serve a copy of this order on:

>Kelly Harrington, Associate Director,
>High Security and Transitional Housing,
>California Department of Corrections and Rehabilitation,
>1515 S St.
>Sacramento, CA, 95811.

IT IS SO ORDERED.

**Dated:    February 13, 2013**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE