IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | 1:11-cv-00444-AWI-SKO (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL OPPOSITION ONCE HE REGAINS ACCESS TO HIS LEGAL PROPERTY, AND REQUIRING PARTIES TO FILE STATUS REPORTS |
| vs. | |
| DR. SHAEFER, et al., | |
| Defendants. | (Docs. 34 and 37) |
| _____/ | Status Report Deadline: 06/28/2013 |

On March 20, 2013, Defendants filed a motion to dismiss for failure to exhaust. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). Plaintiff filed an opposition on April 15, 2013, but he represents therein that he is on suicide watch at California Medical Facility (CMF) and does not have access to his legal property. On April 22, 2013, Defendants filed a request that Plaintiff be granted an extension of time to file a supplemental opposition. Defendants confirm that Plaintiff is under the control of the Department of Mental Health at CMF and he does not have access to his legal property or the law library.

Good cause having been shown, the Court HEREBY ORDERS as follows:

1. Plaintiff shall notify the Court when he regains access to his legal material, at which time the Court will set deadlines for Plaintiff to file a supplemental opposition and Defendants to file a reply; and

2. The deadline for the parties to file status reports addressing Plaintiff's housing situation and anticipated release from suicide watch is June 28, 2013, if Plaintiff has not regained access to his legal material by that date.

IT IS SO ORDERED.

Dated:   **April 30, 2013**                               /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE