# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | CASE NO. 1:11-cv-00444-AWI-SKO PC |
|                    Plaintiff, | ORDER STRIKING DUPLICATIVE OPPOSITION |
|    v. | (Doc. 40) |
| DR. SHAEFER, et al., | |
|                  Defendants. | |

      Plaintiff Kevin Darnell Bryant, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 17, 2011.  On June 28, 2013, Plaintiff filed an opposition to Defendants' motion to dismiss.  However, the filing is duplicative of the opposition previously filed on April 15, 2013.  For this reason, the filing is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   July 1, 2013**                    /s/ Sheila K. Oberto
                               UNITED STATES MAGISTRATE JUDGE