# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | Case No.  1:11-cv-00444-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR ORDER TO RETURN PROPERTY AND DIRECTING PLAINTIFF TO FILE A STATUS REPORT WITHIN THIRTY DAYS |
| v. | |
| DR. SHAEFER, et al., | (Doc. 39) |
| Defendants. | |
| _____/ | |

        Plaintiff Kevin Darnell Bryant, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 17, 2011.  Plaintiff was previously incarcerated at Kern Valley State Prison, but he was transferred to California Medical Facility for care in March 2013 following a suicide attempt.  (Doc. 29.)  Plaintiff is now incarcerated at California State Prison-Corcoran and on June 13, 2013, he filed a motion seeking a court order requiring prison officials at Kern Valley State Prison to place his property on the next transportation bus to CSP-Corcoran for delivery.  (Doc. 39.)

        The Court does not have jurisdiction over prison officials at Kern Valley State Prison and it cannot issue an order requiring Plaintiff's property be immediately transported to CSP-Corcoran.  *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998); *American Civil Liberties Union of Nevada v. Masto*, 670 F.3d 1046, 1061-62 (9th Cir. 2012).  However, Plaintiff represents that he will be staying at CSP-Corcoran, and he may now have his

1  property.  Therefore, Plaintiff shall file a status report within thirty days notifying the Court of the

2  current status of his legal property.

3       While the Court may request a status report from Defendants' counsel if Plaintiff's

4  property remains unreturned, transfers between institutions are routinely accompanied by

5  disruptions in access to property and Plaintiff is required to exercise some patience, particularly in

6  a situation such as this where Plaintiff has been relieved of his obligation to respond to the

7  pending motion to dismiss.

8       Accordingly, it is HEREBY ORDERED that:

9       1.    Plaintiff's motion for a court order directing prison officials at Kern Valley State

10 Prison to deliver his property is DENIED;

11      2.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a

12 status report regarding his property; and

13      3.    Plaintiff remains relieved of his obligation to file an opposition to Defendants'

14 motion to dismiss pending reunification with his property.

15

16

17
    IT IS SO ORDERED.
18

19   Dated:   **July 3, 2013**                           **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2