# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEVIN DARNELL BRYANT,

       Plaintiff,

    v.

DR. SHAEFER, et al.,

       Defendants.

_____/

Case No.  1:11-cv-00444-AWI-SKO PC

ORDER DENYING MOTION TO WITHDRAW MOTION AS MOOT, RELIEVING PLAINTIFF OF STATUS REPORT REQUIREMENT, AND GRANTING PLAINTIFF THIRTY DAYS WITHIN WHICH TO FILE SUPPLEMENTAL OPPOSITION TO MOTION TO DISMISS

(Docs. 31, 38, and 46)

Plaintiff Kevin Darnell Bryant, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 17, 2011.  On July 12, 2013, Plaintiff filed a motion seeking to withdraw his previously filed motion for a stay and an order to return his property.

Plaintiff's motion is moot in light of the order filed on July 5, 2013, and given the return of Plaintiff's property, Plaintiff is no longer required to file a status report in compliance with that order.

Pursuant to the order filed on April 30, 2013, Plaintiff is now granted thirty days within which to file a supplemental opposition to Defendants' motion to dismiss, if he elects to do so.

///

///

Accordingly, it is HEREBY ORDERED that:

1.      Plaintiff's motion to withdraw his motion for a stay and an order to return his property, filed on July 12, 2013, is DENIED as moot;

2.      Plaintiff is relieved of his obligation to file a status report in compliance with the order filed on July 5, 2013; and

3.      Within **thirty (30) days** from the date of service of this order, Plaintiff may file a supplemental opposition to Defendants' motion to dismiss.


IT IS SO ORDERED.

Dated:   **July 16, 2013**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

2