# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | Case No. 1:11-cv-00444-AWI-SKO PC |
|     Plaintiff, | AMENDED ORDER REQUIRING THE PRESENCE OF COUNSELOR BORUM AT EVIDENTIARY HEARING |
|     v. | |
| DR. SHAEFER, et al., | (Docs. 70 and 71) |
|     Defendants. | |

On December 23, 2013, the Court issued an order which, in relevant part, required the appearance of counselor Bynum at the evidentiary hearing set for February 12, 2014.[1] On December 30, 2013, Plaintiff filed a notice stating that after he conferred with defense counsel and was informed counsel could not locate a female counselor named Bynum, he searched his records and determined the counselor's name is Borum rather than Bynum. Accordingly, the order is amended to reflect counselor Borum shall appear at the evidentiary hearing.

IT IS SO ORDERED.

    Dated: **January 6, 2014**                 /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court received status reports from the defendants on December 20, 2013, and Defendants Flynn and Harrington's counsel addressed her inability to locate a female counselor named Bynum. (Docs. 67-69.) If Plaintiff's notice of December 30, 2013, does not resolve the issue of the counselor's identity, Defendants Flynn and Harrington's counsel shall so notify the Court on or before January 10, 2014.