# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. SHAEFER, et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:11-cv-00444-AWI-SKO PC<br><br>ORDER DENYING MOTION FOR SANCTIONS AND PRECLUDING ANY FURTHER BRIEFING ON THIS ISSUE<br><br>(Doc. 73) |

Defendants' motion to dismiss for failure to exhaust administrative remedies is set for an evidentiary hearing on February 12, 2014. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). On December 30, 2013, Plaintiff filed a notice informing that Court that the counselor he previously identified as Bynum is named Borum. (Doc. 71.) The Court subsequently issued an order directing Defendants to arrange for counselor Borum to appear at the evidentiary hearing. (Doc. 72.)

On January 6, 2014, Plaintiff filed, in the form of a declaration, a request for sanctions against Defendants Flynn and Harrington's counsel on the ground that she made false representations regarding her inability to identify a female counselor by the name of Bynum. (Doc. 73.)

Plaintiff was responsible for initial the misidentification of the counselor. After being alerted to the misidentification by counsel and checking his records, Plaintiff subsequently notified

the Court of his error, and the Court issued an order directing Defendants to arrange for counselor Borum to appear at the hearing.  (Docs. 71, 72.)  Plaintiff's motion for sanctions is without merit.  *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44, 111 S.Ct. 2123, 2132 (1991).  The issue of counselor Borum's appearance at the hearing has been resolved, and no further briefing on this matter will be permitted.[1]

Plaintiff's motion for sanctions is DENIED, with prejudice.


IT IS SO ORDERED.

Dated:     **January 7, 2014**                              /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' counsel has until January 10, 2014, to notify the Court if there is any further problem with counselor Borum's identity and/or her ability to appear at the hearing on February 12, 2014.  (Doc. 72.)