# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>            Plaintiff,<br><br>     v.<br><br>DR. SHAEFER, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:11-cv-00444-AWI-SKO PC<br><br>ORDER REQUIRING DEFENDANTS' COUNSEL TO FILE SUPPLEMENTAL BRIEF ADDRESSING COUNSELOR BORUM'S ABILITY TO APPEAR BY TELEPHONE ON FEBRUARY 12, 2014<br><br>(Doc. 75)<br><br>RESPONSE DEADLINE: 01/13/2014 |

Defendants' motion to dismiss for failure to exhaust administrative remedies is set for an evidentiary hearing on February 12, 2014. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). On January 8, 2014, Defendants Flynn and Harrington's counsel filed a request seeking to allow counselor Borum to testify at the evidentiary hearing via written declaration or, in the alternative, to continue the hearing.

The Court has reviewed the request. Defendants' counsel is directed to file a supplemental brief on or before **January 13, 2014**, addressing whether or not it is possible for counselor Borum to appear at the evidentiary by telephone.

IT IS SO ORDERED.

Dated:   **January 9, 2014**                    /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE