# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | Case No. 1:11-cv-00444-AWI-SKO PC |
| Plaintiff, | ORDER CONTINUING EVIDENTIARY HEARING TO JUNE 19, 2014, AT 10:00 A.M. |
| v. | |
| DR. SHAEFER, et al., | (Docs. 75 and 77) |
| Defendants. | Date: June 19, 2014<br>Time: 10:00 a.m.<br>Courtroom: 7 (SKO) |

Defendants' motion to dismiss for failure to exhaust administrative remedies is set for an evidentiary hearing on February 12, 2014. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). The testimony of Correctional Counselors Scott and Borum is material, and the presence of both witnesses is necessary for the Court to issue findings and recommendations concerning Defendants' pending motion to dismiss. Accordingly, in light of Correctional Counselor Borum's

///
///
///
///
///
///
///

inability to testify at the hearing, the hearing is HEREBY ORDERED CONTINUED to June 19, 2014, at 10:00 a.m.[1]

IT IS SO ORDERED.

Dated:     **January 13, 2014**                   /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Given the Eastern District of California's need to manage an overburdened docket and in an effort to minimize any further delay with respect to securing a hearing date, the Court elects to continue the evidentiary hearing prior to defense counsel's submission of the documentation regarding Ms. Borum's medical leave and recovery. The Court anticipates that counsel will submit documentation as soon as she is able, as represented in her declaration. The documentation may be submitted to skoorders@caed.uscourts.gov and it will be kept confidential.