# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. SHAEFER, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00444-AWI-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE LETTER UNDER SEAL<br><br>(Docs. 75-78) |

On January 15, 2014, the Court received a letter via email sent by Deputy Attorney General Preeti Bajwa concerning Correctional Counselor Borum, a non-party witness whose in-court testimony is relevant to a pending motion to dismiss. The letter relates to Ms. Borum's medical condition and it was written by a doctor with Ms. Borum's treating facility. Although the Court does not seal documents sua sponte as a matter of course, *see* Local Rule 140(e), due to the extreme sensitivity of this personal information, good cause exists to order the letter sealed, thereby precluding access to the letter except by the Court.

The parties are informed that based on the information disclosed in the letter, the Court confirms that the continuance of the evidentiary hearing, which was addressed via order filed January 14, 2014, was required.

///

///

///

1 | Accordingly, the Clerk's Office HEREBY DIRECTED to file the letter under seal.

IT IS SO ORDERED.

    Dated: **January 15, 2014**                    **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE