# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SHAEFER, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-00444-AWI-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Doc. 94) |

On May 6, 2014, Defendants Flynn, Harrington, and Keldgord filed a motion for summary judgment for failure to exhaust the administrative remedies.[1]  42 U.S.C. § 1997e(a); Fed. R. Civ. P. 56(a); *Albino v. Baca*, __ F.3d __, __, No. 10-55702, 2014 WL 1317141 (9th Cir. Apr. 3, 2014) (en banc) (failure to exhaust should be raised in a summary judgment motion).  Defendant Schaefer filed a notice of joinder on May 7, 2014, and Defendant Lopez filed a notice of joinder on May 8, 2014.  Accordingly, it is HEREBY ORDERED that:

1.　　　　Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an opposition or a statement of non-opposition to the motion;[2] and

///

///

---

[1] The motion was accompanied by the requisite contemporaneous notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934, 938-41 (9th Cir. 2012).

[2] Plaintiff may not rely on his past opposition and surreply.

2. **If Plaintiff fails to file an opposition or a statement of non-opposition, this action will be dismissed for failure to obey a court order and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **May 12, 2014**                                      /s/ Sheila K. Oberto
                                                             UNITED STATES MAGISTRATE JUDGE